# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

JOSHUA J. MUHAMMAD,          :
      Plaintiff,               :
                               :

     v.                    :     **File No. 1:05-CV-146**
                               :

STEVEN GOLD, SUE BLAIR,        :
CLUS DUBOIS, DAVID TURNER,    :
ANTHONY COTOV, JUDITH JACKSON, :
RUBEN TORRES, NEW YORK STATE  :
DEPARTMENT OF CORRECTIONS    :
AND PAROLE DIVISION,          :
VERMONT STATE DEPARTMENT     :
OF CORRECTIONS,             :
          Defendants.         :

## ORDER

The Magistrate Judge's Report and Recommendation (R&R) was filed March 25, 2006 (Paper 36).  The Court has reviewed the R&R and plaintiff Joshua Muhammad's objections (Paper 37), and has considered de novo those portions of the R&R to which objections pertain.  See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C).

After de novo review,  the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).  The motion for summary judgment filed by the New York State Department of Correctional Services, New York State Division of Parole, Anthony Cotov, Judith Jackson, and Ruben Torres (Paper 26) is GRANTED.  Muhammad's claims against individual defendants Cotov, Jackson, and Torres are barred by qualified immunity and therefore are DISMISSED.  Additionally, Muhammad's damages claims against the two New York State agencies, as well as

1

defendants Cotov, Jackson, and Torres in their official capacities, are barred by sovereign immunity and therefore are DISMISSED.

The matter is hereby returned to the Magistrate Judge for further proceedings.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 24th day of May, 2006.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge